# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2128
Lower Tribunal No. 17-16582
_____

**Jorge L. Romero,**
Appellant,

vs.

**Daysi E. Romero,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ivonne Cuesta, Judge.

Carlos M. Rippes; Ilene F. Tuckfield, P.A., and Ilene F. Tuckfield, for appellant.

Coral Way Law Center, and Miguel San Pedro, for appellee.


Before FERNANDEZ, C.J., and LOGUE and LINDSEY, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the

appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence[.]"); People's Tr. Ins. Co. v. Fernandez, 317 So. 3d 207, 209 n.1 (Fla. 3d DCA 2021) (noting that a trial court has "inherent authority to reconsider and, if deemed appropriate, alter or retract any of its nonfinal rulings prior to entry of the final judgment or order terminating an action . . . .").